IN THE UNITED STATES DISTRICT COURT

FILED'08 FEB 29 16:21USDC-ORM

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Misc No. 05-8001M | |
| Plaintiff-Appellee, ) (CVB#F2608435) | |
| ) | |
| v. ) ORDER | |
| GARY MARK HEGLER, ) | |
| ) | |
| Defendant-Appellant. ) | |

Upon motion of the government, IT IS HEREBY ORDERED that the Appeal is Dismissed for Defendant's failure to file a timely brief.

Dated this 29 day of February, 2008.

United States District Court Judge
OWEN M. PANNER